UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATHY FLETCHER,

        Plaintiff,

v.                                  Case No:  2:13-cv-650-FtM-38CM

KGH, LLC,

        Defendant.

_____/

## ORDER[1]

    This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. #18) filed on February 19, 2014. On September 10, 2013, Plaintiff Kathy Fletcher filed a Complaint against Defendant KGH, LLC seeking unpaid back wages pursuant to the Fair Labor Standards Act (hereinafter "FLSA"). (Doc. #1). After Defendant did not appear in this matter and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, a Clerk's Default was entered on January 14, 2014. (Doc. #12). Thereafter, on January 30, 2014, Plaintiff unilaterally filed a Notice of Settlement. (Doc. #14). Even though Defendant has not appeared in this matter to date, Plaintiff indicates that the Parties have reached a settlement that "fully compensates Plaintiff for her claims for wages." (Doc. #14). The Court consequently issued an Order explaining why Plaintiff's notice was insufficient to move forward with closing this case. (See Doc. #16). Now, Plaintiff has filed

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

a voluntary dismissal that simply states, "Now comes Plaintiff, KATHY FLETCHER, by and through her undersigned counsel, and files this Notice of Voluntary Dismissal with Prejudice." (Doc. #18).

Pursuant to the notice of voluntary dismissal and Federal Rule of Civil Procedure 41(a), this FLSA matter will be dismissed but without prejudice. See Appleby v. Hickman Const., Inc., No. 1:12cv237-SPM/GRJ, 2013 WL 1197758, at *1-2 (N.D. Fla. Mar. 25, 2013) (discussing that voluntary dismissals in FLSA matters are dismissed without prejudice if the court is unable to scrutinize the settlement for fairness). That is, since the Court is uncertain whether a compromise was made in this settlement, the Court will not dismiss this matter with prejudice. Lynn's Food Stores, Inc. v. U.S. By and Through U.S. Dept. of Labor, Employment Standards Admin., Wage and Hour Division, 679 F.2d 1350 (11th Cir. 1982); see also Dees v. Hydradry, Inc., 706 F.Supp.2d 1227, 1240 (M.D. Fla. 2010) ("but if the parties' proposed 'full compensation' agreement includes an additional term…the notion of 'full compensation' becomes illusory and inapplicable.").

Accordingly, it is

**ORDERED**:

1. This matter is **DISMISSED without prejudice**.

2. The Clerk is directed to CLOSE the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of March, 2014.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies:  All Parties of Record